UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE CARL WRIGHT ) | Case Number 1:11-cv-4894 |
| )  Plaintiff ) | |
| vs. ) | |
| ENHANCED RECOVERY COMPANY ) LLC ) | |
| Defendant ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Richard Maxwell, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

        BY: /s/ Bruce K. Warren
            Bruce K. Warren, Esquire
            Attorney for Plaintiff
            Warren & Vullings, LLP
            93 Old York Road- Ste. 333
            Jenkintown, PA 19046
            215-745-9800

DATE: October 21, 2011